UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON FRASER,
   Petitioner,

                No. 1:04-cr-167

-v-

                HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA,
   Respondent.

## ORDER DENYING WRIT OF CORAM NOBIS

   Petitioner Fraser filed a document titled "Writ of Coram Nobis Pursuant to 28 U.S.C.A. § 1651." (Dkt. No. 86.)

   Petitioner has failed to follow the Local Rules of Civil Procedure and has omitted the basis for the requested writ. Rule 7.1(a) of the Local Rules of Civil Procedure provides "[a]ll briefs filed in support of or in opposition to any motion shall contain a concise statement of the reasons in support of a party's position and shall cite all applicable federal rules of procedure, all applicable local rules, and the other authorities upon which the party relies." The document received by the court contains three headings: "Procedural History," "Jurisdictional Statement," and on the third page appears the heading "Reasons for Granting Writ of Coram Nobis." The brief ends after the third heading. This court has no means of determining the reasons Petitioner believes he is entitled to the writ. *C.f. McPherson v. Kelsey*, 125 F.3d 989, 995-996 (6th Cir. 1997) ("'[i]ssues adverted to in a perfunctory manner, unaccompanied by some effort at developed argumentation, are deemed waived. It is not sufficient for a party to mention a possible argument in the most skeletal way, leaving the court to . . . put flesh on its bones.'" (quoting *Citizens Awareness Network, Inc. v. United States Nuclear Regulatory Comm'n*, 59 F.3d 284, 293-294 (1st Cir. 1995)); *United States v. Phibbs*, 999 F.2d 1053, 1080 (6th Cir. 1993) ("it is not our function to craft an appellant's argument").

   Accordingly, the writ is **DENIED WITHOUT PREJUDICE. IT IS SO ORDERED.**


Date: November 12, 2009          /s/ Paul L. Maloney
                          Paul L. Maloney
                          Chief United States District Judge